**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1733**

_____

ALECIA Y. FARLEY; MARVIN A. FARLEY,

            Plaintiffs - Appellants,

      v.

BANK OF AMERICA, N.A.; BANK OF AMERICA, N.A., as Successor
by Merger to BAC Home Loans Servicing, L.P.,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Senior
District Judge.  (3:14-cv-00568-JRS)

_____

Submitted:  September 9, 2015        Decided:  September 11, 2015

_____

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alecia Y. Farley; Marvin A. Farley, Appellants Pro Se.  Michael
T. Hosmer, MCGUIREWOODS, LLP, Charlotte, North Carolina;
Jontille Dionne Ray, MCGUIREWOODS, LLP, Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley and Marvin A. Farley appeal the district court's order denying certain pretrial motions and a final order granting Defendants' motions to dismiss the Farleys' civil complaint and to impose non-monetary sanctions, namely, a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Farley v. Bank of Am., N.A., No. 3:14-cv-00568-JRS (E.D. Va. Oct. 28, 2014; June 11, 2015). We grant the Farleys' motion to file a corrected informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED